IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Marino, Virginia

Printed: 3/25/08

Case Number: 07 B 17766
Judge: Hollis, Pamela S
Filed: 9/28/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 7, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 540.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 540.00 |
| Totals: | 540.00 | 540.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wachovia Mortgage | Secured | 0.00 | 0.00 |
| 2. | Catalyst Interventions LLC | Secured | 0.00 | 0.00 |
| 3. | Wachovia Mortgage | Secured | 8,215.00 | 0.00 |
| 4. | Jefferson Capital Systems LLC | Unsecured | 228.39 | 0.00 |
| 5. | Catalyst Interventions LLC | Unsecured | 4,092.65 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 143.72 | 0.00 |
| 7. | Catalyst Interventions LLC | Secured |  | No Claim Filed |
| 8. | Catalyst Interventions LLC | Secured |  | No Claim Filed |
|  |  |  | $ 12,679.76 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

